**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02634-CYC

JHONATAN DAVID SOTELO PIZON,

Petitioner,

v.

JUAN BALTAZAR, Warden, Aurora Detention Facility, in his official capacity;
GEORGE VALDEZ, Acting Director of Denver Field Office, U.S. Immigration and Customs Enforcement, in his official capacity;
DAVID J. VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity;
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; in his official capacity; and
TODD BLANCHE, Acting Attorney General of the United States, in his official capacity,

Respondents.

---

**JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the Order (ECF No. 10) by Magistrate Judge Cyrus Y. Chung entered on June 25, 2026, it is

ORDERED that the Petition, ECF No. 1, is GRANTED.

It is FURTHER ORDERED that this case is closed.

Dated this 16th day of July, 2026.

FOR THE COURT:
JEFFREY P. COLWELL

By: ______________________
S. Price Deputy Clerk